CONNECTICUT NATIONAL BANK *v.* INVESTORS CAPITAL CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 29 Conn. App. 48, is denied.

*Richard P. Weinstein,* in support of the petition.

*Theodore R. Killiam,* in opposition.

Decided September 25, 1992

SAMUEL J. VEAL *v.* WARDEN, STATE PRISON

The petitioner Samuel J. Veal's petition for certification for appeal from the Appellate Court, 28 Conn. App. 425, is denied.

*Denise Ansell,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided October 2, 1992

WILLIAM STRONG ET AL. *v.* CONSERVATION COMMISSION OF THE TOWN OF OLD LYME ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 435, is granted, limited to the following question:

"Under the circumstances of this case, did the Appellate Court improperly place the burden on the conservation commission to establish that no feasible and prudent alternative existed to the plaintiffs' application?"

*James E. Mattern,* in support of the petition.

Decided October 2, 1992